JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-2317-GW-KS | Date | June 21, 2023 |
|---|---|---|---|
| Title | *Young Yil Jo v. Dept. of Justice* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　None Present

**PROCEEDINGS:**　　IN CHAMBERS - ORDER

Plaintiff Young Yil Jo was given until June 15, 2023 to pay the filing fees or file a completed application *in forma pauperis* stated in the March 29, 2023 Notice (ECF No. 2). To date, Plaintiff has not responded nor paid the filing fees. The Court dismisses Plaintiff's complaint without prejudice.

：

Initials of Preparer　　JG